# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**STEPHEN YOUNG,**

**Defendant.** No. 09-30142-DRH

## ORDER

**HERNDON, Chief Judge:**

On April 28, 2011, the Court sentenced defendant to 60 months imprisonment with voluntary surrender but stayed the execution of the sentence to permit defendant to undergo a second shoulder replacement surgery. The Court has been informed that defendant's physical therapy regimen on his shoulder will conclude on April 27, 2012. Thus, the Court **ORDERS** that the judgment shall execute as of April 28, 2012. Further, defendant is eligible for assignment by the Bureau of Prisons from that day forward and defendant shall surrender himself to any facility no later than the day and time designated by the Bureau of Prisons or the United States Marshal to begin the sentence imposed by this Court upon notice. It is imperative the defendant surrender on the date and time mandated. The Court advises defendant that should he fail to report as directed he can be charged with failure to appear pursuant to 18 U.S.C. § 3146(a)(2). If convicted and sentenced, the sentence imposed for the new charge will be consecutive to the sentence imposed by the Court

in this case. *See* 18 U.S.C. § 3146(b)(2). Clerk shall provide a copy of this order to the US Marshal's Service.

**IT IS SO ORDERED.**

Signed this 1st day of March, 2012.

David R. Herndon
2012.03.01
13:42:35 -06'00'

**Chief Judge
United States District Court**